IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cherry Plambeck, | No. CV-14-01925-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Goodwill Industries of Central Arizona, Inc., | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 16), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Dismiss with Prejudice (Doc. 16).

IT IS FURTHER ORDERED that the Clerk's Office shall dismiss the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 14th day of November, 2014.

_____
Neil V. Wake
United States District Judge